# EXHIBIT A

Approved, SCAO

JIS CODE LOG

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF OAKLAND | LETTERS OF GUARDIANSHIP | FILE NO.<br><br>2022-406,984-GA |
|---|---|---|

In the matter of BENITA HAILEY — Legally Incapacitated Individual

To: *Name and address*
TRI-STATE GUARDIAN SERVICES
16925 MASONIC #26517
FRASER, MI 48026

*Guardian's telephone no.*
313-646-0090

1. You have been appointed ☐ by will or other witnessed writing ☒ by the court as Successor
guardian of the individual named above.                                                        Type of guardian (full, limited, temporary, etc )

2. Having filed an acceptance of appointment, you have the care, custody, and control of that individual.

☒ a. together with all authority and responsibilities granted and imposed by law including all powers and duties under MCL
700 5314 and 5315.

☒ b. except as follows. *You may not change individual's residence from the State of Michigan without prior approval of the
court.*

☐ c. as to the following powers and responsibilities only:

☒ 3   These letters of guardianship expire on   JULY 1, 2026
                                                               Date

8/20/2025
Date

/S/ DANIEL A. O'BRIEN

Judge   Daniel A. O'Brien, 74120   TB                          Bar no

Attorney name (type or print)                                          Bar no

Address

City, state, zip                                          Telephone no

SEE NOTICE OF DUTIES ON SECOND PAGE

This document is a full and correct copy of the original on file
in the Oakland County Probate Court, State of Michigan.
Certified via official electronic seal
of the Oakland County Probate Court
MCL 565.232

I certify that I have compared this copy with the original on file and that it is a correct copy of the whole of such original, and on this
date, these letters are in full force and effect.

9/12/2025
Date

Deputy probate register/clerk

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form

Do not write below this line – For court use only

FILED _____ 20 _____

Deputy Register of Probate

PC 633 (9/12)  **LETTERS OF GUARDIANSHIP**

MCL 330.1631, MCL 700 5103, MCL 700 5214, MCL 700 5215(f). (g), MCL 700 5314(a), (e),
MCL 700 5417, MCR 5 202, MCR 5 402(D), MCR 5 405(C), MCR 5 406(A), MCR 5 409

Approved, SCAO

| | | JIS CODE LOG |
|---|---|---|
| **STATE OF MICHIGAN**<br>**PROBATE COURT**<br>**COUNTY OF OAKLAND** | **LETTERS OF GUARDIANSHIP** | **FILE NO.**<br><br>2022-408,900-GA |

In the matter of **DEBRA WARD** — Legally Incapacitated Individual

To: **Name and address**
TRI-STATE GUARDIAN SERVICES
16925 MASONIC #26517
FRASER, MI 48026

**Guardian's telephone no.**
313-646-0090

1. You have been appointed ☐ by will or other witnessed writing ☒ by the court as Successor
   guardian of the individual named above. — Type of guardian (full, limited, temporary, etc.)

2. Having filed an acceptance of appointment, you have the care, custody, and control of that individual:

   ☒ a. together with all authority and responsibilities granted and imposed by law including all powers and duties under MCL 700.5314 and 5315.

   ☒ b. except as follows: *You may not change individual's residence from the State of Michigan without prior approval of the court*

   ☐ c. as to the following powers and responsibilities only·

☒ 3. These letters of guardianship expire on **May 21, 2026**.
   Date

5 | 16 | 25
Date

Judge  Jennifer Callaghan  P57488  Bar no

_____
Attorney name (type or print)                     Bar no

_____
Address

_____
City, state, zip                          Telephone no.

**SEE NOTICE OF DUTIES ON SECOND PAGE**

I certify that I have compared this copy with the original on file and that it is a correct copy of the whole of such original, and on this date, these letters are in full force and effect.

5 | 16 | 25
Date

Deputy probate register/clerk

USE NOTE: If this form is being filed in the circuit court family division, please enter the court name and county in the upper left-hand corner of the form

*Do not write below this line – For court use only*

**FILED** _____ 20 _____

**Deputy Register of Probate**

PC 633 (9/12) **LETTERS OF GUARDIANSHIP**

MCL 330.1631, MCL 700.5103, MCL 700.5214, MCL 700.5215(f), (g), MCL 700.5314(a), (e),
MCL 700.5417, MCR 5.202, MCR 5.402(D), MCR 5.405(C), MCR 5.406(A), MCR 5.409

# EXHIBIT B





**CHASE** ⬡     **DEPOSIT**     CHECKING ☑

SAVINGS ☐

DEPOSIT

Today's Date:

9/23/24

R/T 500001020

Customer Name (Please Print)

Tri-State Guardian Services Inc.

N1J008-CH (Rev 08/23) 40053725 04/24

CASH ▶

CHECK ▶    181513 53

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

▼ Start your account number here

665556315    TOTAL $    181513.53

⑫ 261304 1472 ⑫ ⑆500001020⑆

JPMorganChaseBank 092303 140081 913470139499



Comerica Bank

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**CASHIER'S CHECK**

00 1854010

NOTICE TO CUSTOMERS. The purchase of an indemnity bond will be required before any cashier's check issued by this bank will be replaced or refunded in the event it is lost, stolen, or destroyed

DATE   10/01/2024

******8,000 AND 00/100THS

$   ****$8,000.00   Dollars

PAY
TO THE
ORDER OF   TRI STATE GUARDIAN SERVICES INC

079   SLB244   1854010

REMITTER   TRI STATE GUARDIAN

Authorized
Signature   _Claire Robert_

Drawer, Comerica Bank

"00 1854010"  ":072000095:  1852538444"

JPMorganChaseBank 100309 140082 9134801 48457

Tristate Guardian Services

X



VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**Comerica Bank**

**CASHIER'S CHECK**

001854010

NOTICE TO CUSTOMERS. The purchase of an indemnity bond will be required before any cashier's check issued by this bank will be replaced or refunded in the event it is lost, stolen, or destroyed

DATE  10/01/2024

\*\*\*\*\*\*8,000 AND 00/100THS                                                Dollars

$  \*\*\*\*$8,000.00

PAY TO THE ORDER OF    TRI STATE GUARDIAN SERVICES INC

Drawer, Comerica Bank

079          SLB244          1854010

REMITTER    TRI STATE GUARDIAN

Authorized Signature   *Clara R Hoit*

⑈00185010⑈ ⑆07200009⑇ 1852538444⑈

JPMorganChaseBank 100309 140082 913480148467





**CHASE** ◯

**DEPOSIT**

CHECKING ☐
SAVINGS ☐

DEPOSIT

Today's Date

10·3·24

Customer Name *(Please Print)*

Tristate Guardian Services

N13069 CH (Rev 06/23)   4C118050   07/24

R/T 800001020

CASH ▶    8000.00

CHECK ▶    5000.00

TOTAL FROM
OTHER SIDE ▶    .

SUBTOTAL ▶    13.000.00

▼ Start your account number here

665556315

TOTAL **$**    13000.00

⑈2126394388⑈ ⑆500001020⑈

JPMorganChaseBank  100309  140082  913480148466





THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# THE
# SAM BERNSTEIN.
### LAW FIRM

**Huntington**
www.huntington.com

74-347/724

**95983**

THE SAM BERNSTEIN LAW FIRM, PLLC

9/16/2024

PAY TO THE
ORDER OF    Tri-State Guardian Services as Conservator for Mark Mize    $ **31,803.14

Thirty-One Thousand Eight Hundred Three and 14/100********************************************    DOLLARS

CLIENT TRUST ACCOUNT
VOID AFTER 120 DAYS

MEMO

Full and Final Settlement 249345

⑈095983⑈ ⑆072403473⑈ 013686137560⑈

JPMorganChaseBank 092305 140082 913460142904

Tri-State Guardian Services





**CHASE ◯**      **DEPOSIT**      CHECKING ☐
      SAVINGS ☐

DEPOSIT

Today's Date

3·14·25

R/T 500001020

Customer Name (Please Print)

Tri State Guardian services

CASH ▶

CHECK ▶

TOTAL FROM OTHER SIDE ▶

SUBTOTAL ▶

N13060-CH (Rev 08/23)   40092693   06/24

▼ Start your account number here

6655556315

TOTAL $   500 000 . 00

⑪ 212121074 5⑪ ⑆500001020⑆

JPMorganChaseBank 031410  170046 913210170014







**CHASE** 🟦

**DEPOSIT**

CHECKING ☑
SAVINGS ☐

R/T 500001020

DEPOSIT

Today's Date
9/7/24

Customer Name *(Please Print)*

Tri-State Guardian Services INC

N13060 CH (Rev 8/23)   4/0053725   04/24

CASH ▶
CHECK ▶          2000.00
TOTAL FROM
OTHER SIDE ▶
SUBTOTAL ▶

▼ Start your account number here

665556315

TOTAL $     2000 00

⑃2113046457⑃ ⑈500001020⑈

JPMorganChaseBank 090907 140081 913470121846

# EXHIBIT C


## Citizens™

US759 | BR775 | 7
ROP 450
P.O. Box 7000
Providence, RI 02940

EST OF MARY E SPINNEY
TRI-STATE GUARDIAN SERVICES INC CONS
37037 CHARTER OAKS BLVD
CLINTON TOWNSHIP MI 48036-2407

**Citizens Quest**
**Account Statement**

**Page 1 of 5**

Beginning July 12, 2024
through August 12, 2024

### Questions? Contact us today:


**CALL:**
Citizens Quest Customer
Service
1-888-438-9888


**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

### Contents

| | | |
|---|---|---|
| Important Messages | Page | 1 |
| Summary | Page | 1 |
| Checking | Page | 2 |
| Check Image | Page | 5 |

EST OF MARY E SPINNEY
TRI-STATE GUARDIAN SERVICES INC CONS
Citizens Quest Checking
XXXXXX-286-7

## Citizens Quest Checking Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Citizens Quest Checking | XXXXXXXX-286-7 | 128,712.50 | 34,244.59 |
| | | **Total Deposit Balance** | |
| | | = | 34,244.59 |
| | | **Total Relationship Balance** | |
| | | = | 34,244.59 |

Please See Additional Information on Next Page

Member FDIC ⌂ Equal Housing Lender

## Citizens Quest Checking for XXXXXX-286-7

| Balance Calculation | | |
|---|---|---|
| Previous Balance | | 128,712.50 |
| Checks | - | 12,114.71 |
| Withdrawals & Debits | - | 90,143.00 |
| Deposits & Credit | + | 7,788.79 |
| Interest Paid | + | 1.01 |
| **Current Balance** | = | 34,244.59 |

| Balance | |
|---|---|
| Average Daily Balance | 38,387.82 |
| **Interest** | |
| Current Interest Rate | .03% |
| Annual Percentage Yield Earned | .03% |
| Number of Days Interest Earned | 32 |
| Interest Earned | 1.01 |
| Interest Paid This Year | 6.57 |

A courtesy new account waiver is active on your account so monthly maintenance fees are not currently being assessed.

Your next statement period will end on September 12, 2024.

## TRANSACTION DETAILS FOR CHECKING ACCOUNT ENDING 286-7

**Checks** *(Note - checks that are present out of numeric sequence are denoted with an asterisk (*))*

| Check # | Amount | Date | Check # | Amount | Date | | Previous Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | 128,712.50 |
| 102 | 190.00 | 07/19 | 110 | 37.17 | 07/23 | | **Total Checks** |
| 107* | 2,776.00 | 07/19 | 111 | 2,025.00 | 07/18 | - | 12,114.71 |
| 108 | 400.00 | 07/17 | 112 | 6,500.00 | 08/08 | | |
| 109 | 186.54 | 07/17 | | | | | |

**Withdrawals & Debits** **
**May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description | | Total Withdrawals & Debits |
|---|---|---|---|---|
| | | | - | 90,143.00 |
| *Other Withdrawals & Debits* | | | | |
| 07/12 | 87,986.00 | WITHDRAWAL | | |
| 07/24 | 2,157.00 | US TREASURY IRS PAYMENT   240723 CHECK # 0000000104 | | |

**Deposits & Credits**

| Date | Amount | Description | | Total Deposits & Credits |
|---|---|---|---|---|
| | | | + | 7,788.79 |
| 07/12 | 760.00 | DEPOSIT | | |
| 07/23 | 5,181.79 | STATEOFMICHIGAN  PMT/REFUND 240722 CITIZENS PAID EARLY | | |
| 08/06 | 1,847.00 | DEPOSIT | | |

Member FDIC  Equal Housing Lender

# ✳ Citizens™

## Citizens Quest Checking for XXXXXX-286-7 Continued

### Interest

| | | | | Total Interest Paid |
|---|---|---|---|---|
| Date | Amount | Description | | |
| 08/12 | 1.01 | INTEREST | + | 1.01 |

### Daily Balance

| | | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|
| Date | Balance | Date | Balance | Date | Balance | = | 34,244.59 |
| 07/12 | 41,486.50 | 07/19 | 35,908.96 | 08/06 | 40,743.58 | | |
| 07/17 | 40,899.96 | 07/23 | 41,053.58 | 08/08 | 34,243.58 | | |
| 07/18 | 38,874.96 | 07/24 | 38,896.58 | 08/12 | 34,244.59 | | |

Member FDIC ⌂ Equal Housing Lender





| Posting Date | 2024 Jul 12 |
| --- | --- |
| CPCS Seq No | 8100457163 |
| DIN/BOFD Seq No | 135085239 |
| Account No | 20752164 |
| Check No | 518965510 |
| Amount | $87,986.00 |



Case 2:26-cv-11650-MAG-APP   ECF No. 4, PageID.89   Filed 06/24/26   Page 24 of 24